```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 15155
    LEON V WILSON
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-5816


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 08/21/2007 and was not confirmed.

    The case was dismissed without confirmation 11/26/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
------------------------------------------------------------------------
WELLS FARGO FINANCIAL BA  UNSECURED         3513.44          .00          .00
COOK COUNTY TREASURER     SECURED           1600.00          .00        60.00
TCF NATIONAL BANK         CURRENT MORTG      .00             .00          .00
TCF NATIONAL BANK         MORTGAGE ARRE    7141.35           .00          .00
TCF NATIONAL BANK         NOTICE ONLY     NOT FILED          .00          .00
TCF NATIONAL BANK         CURRENT MORTG      .00             .00          .00
TCF BANK                  MORTGAGE ARRE     855.00           .00          .00
TCF NATIONAL BANK         NOTICE ONLY     NOT FILED          .00          .00
WASHINGTON MUTUAL         CURRENT MORTG      .00             .00          .00
WASHINGTON MUTUAL         MORTGAGE ARRE    8323.54           .00          .00
AMERICAN GENERAL FINANCE  SECURED NOT I    1074.21           .00          .00
CITIFINANCIAL             UNSECURED       NOT FILED          .00          .00
TCF BANK                  UNSECURED       NOT FILED          .00          .00
TCF BANK                  NOTICE ONLY     NOT FILED          .00          .00
ASPIRE                    UNSECURED         634.03           .00          .00
TIMOTHY K LIOU            DEBTOR ATTY        .00                           .00
TOM VAUGHN                TRUSTEE                                         4.10
DEBTOR REFUND             REFUND                                      2,786.90

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE              2,851.00

PRIORITY                                         .00
SECURED                                        60.00
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                            4.10
DEBTOR REFUND                               2,786.90
                     --------------        --------------
TOTALS               2,851.00               2,851.00



                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 15155 LEON V WILSON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
Dated: 02/27/08                     _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```